United States District Court
Southern District of Texas
**ENTERED**
December 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J HEWITT, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2545 |
| | § | |
| HELIX ENERGY SOLUTIONS GROUP, INC, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered in this case, the defendants', Helix Energy Solutions Group Inc. and Helix Well Ops, motion for summary judgment is GRANTED; and the plaintiff, Michael J. Hewitt, takes nothing by this suit.  All relief not expressly granted is also DENIED.

This is a Final Judgment.

SIGNED on this 21st day of December, 2018.

_____

Kenneth M. Hoyt
United States District Judge