IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. HEWITT, on behalf of himself and others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO.  4:17-cv-2545 |
| HELIX ENERGY SOLUTIONS GROUP, INC. & HELIX WELL OPS INC. | § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Michael J. Hewitt appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on December 21, 2018 (Doc 44), together with any and all supplements and amendments thereto, as well as any and all findings and conclusions or orders and rulings preceding entry of that Judgment, including but not limited to the Memorandum Opinion and Order entered on the same date (Doc 43).

-2-

            Respectfully submitted,

            OBERTI SULLIVAN LLP

By: s/ Edwin Sullivan
   Edwin Sullivan
   State Bar No. 24003024
   S.D. Texas ID No. 24524
   712 Main Street, Suite 900
   Houston, TX 77002
   (713) 401-3557 – Telephone
   (713) 401-3547 – Facsimile
   ed@osattorneys.com – Email

   ATTORNEY-IN-CHARGE FOR
   PLAINTIFF

OF COUNSEL:

Mark J. Oberti
State Bar No. 00789951
S.D. Texas ID No. 17918
OBERTI SULLIVAN LLP
712 Main Street, Suite 900
Houston, TX 77002
(713) 401-3555 – Telephone
(713) 401-3547 – Facsimile
mark@osattorneys.com – Email

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served on counsel of record, as listed below, via the Southern District of Texas CM/ECF method, on this the 8th day of January 2019.

M. Carter Crow
Kimberly Cheeseman
Jesika Silva Blanco
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
carter.crow@nortonrosefulbright.com
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

                                                               s/ Edwin Sullivan
                                                               Edwin Sullivan