IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J. HEWITT, on behalf of himself and others similarly situated,<br><br>PLAINTIFFS,<br><br>V.<br><br>HELIX ENERGY SOLUTIONS GROUP, INC. AND HELIX WELL OPS, INC.,<br><br>DEFENDANTS. | § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 4:17-cv-02545 |

## ORDER

The Court has considered the Parties' Joint Motion for Approval of Settlement and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that the FLSA settlement, including all terms set forth in the Settlement Agreement, is approved as a fair and reasonable settlement of the Plaintiff's claims.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, each party to bear their own costs and fees except as stated in the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

_____                              _____
DATE                                                                                                  U.S. District Judge

7