United States District Court
Southern District of Texas
**ENTERED**
September 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J HEWITT, *et al.*, § § Plaintiffs, § § VS. § § HELIX ENERGY SOLUTIONS GROUP, INC, § *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:17-CV-02545 |

## ORDER

The Court has considered the parties' Joint Motion for Approval of Settlement and all applicable law and facts (Dkt. No. 70). The Court hereby **GRANTS** the motion.

**IT IS FURTHER ORDERED** that the FLSA settlement, including all terms set forth in the Settlement Agreement, is approved as a fair and reasonable settlement of the Plaintiff's claims.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, each party to bear their own costs and fees except as stated in the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

It is so ORDERED.

SIGNED on September 13, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge